UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TERRI MYER,

    Plaintiff,

    v.

Case No. 19-cv-473

LULLOFF, LEBAN & TAYLOR, LLC

    Defendant

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: August 6, 2019    By: **s/ *Scott S. Luzi***
Scott S. Luzi, SBN 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Phone: 262.780.1953
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*

Dated: August 6, 2019    By: **s/ *Alec J. Beck***
Alec J. Beck, SBN 1102123
FORDHARRISON, LLP
150 South Fifth Street, Suite 3460
Minneapolis, Minnesota 55402
Phone: 612.486.1629
Email: abeck@fordharrison.com

*Attorneys for Defendant*